No. 73–504. BRADLEY ET AL., DBA BRADLEY BROTHERS CLEANERS & LAUNDERERS v. BRENNAN, SECRETARY OF LABOR. C. A. 4th Cir. Certiorari denied.

No. 73–513. TORRALVO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–527. CASTRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 73–535. SALAZAR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–541. BAILEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 73–578. YASSEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 73–590. VARIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 73–591. EPPS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 73–594. LOCAL 365, CEMETERY WORKERS GREEN ATTENDANTS BUILDING SERVICE UNION EMPLOYEES INTERNATIONAL, AFL–CIO, ET AL. v. NEW YORK. Ct. App. N. Y. Certiorari denied. 

No. 73–598. MARCHIO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 73–603. TRAMUNTI v. BAUMAN, U. S. DISTRICT JUDGE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–608. HOUSTON CHRONICLE PUBLISHING Co. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.